UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

DANIEL LUGO,

    Plaintiff,

vs.

VMM, INC.,

    Defendant.

                                          /

Case No. 1:23-cv-01663

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by and through his undersigned counsel, hereby dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted this 30th day of May, 2023.

                                          s/Lee D. Sarkin
                                          LEE D. SARKIN
                                          A.R.D.C. No. 6271426
                                          LSarkin@aol.com
                                          8745 W. Higgins Road
                                          Suite 110
                                          Chicago, Illinois 60631
                                          Telephone (312) 741-1142
                                          Attorney for Plaintiff